AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Catherine Biles Carter and Percy Carter

V.

Merck & Co., Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 3081**

TO: (Name and address of Defendant)

Merck & Co., Inc.
One Merck Drive
P.O. Box 100, WS3AB-05
Whitehouse Station, New Jersey, 08889-0100

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Annesley H. DeGaris, Esq.
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue, FL 2
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
E-Mail: adegaris@cwcd.com and jsisson@cwcd.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      APR 1 7 2007

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 3, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James Reap | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By delivering and leaving documents with Joan Dearborn, Administrative Assistant to Legal Department, person authorized to accept service on behalf of Merck & Co., Inc. at it's usual place of business at 1 Merck Drive Whitehouse Station NJ 08889

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 9, 2007

*Signature of Server*

50 Main ST. Hackensack, NJ 07601

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.